**AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Timothy W. Boyd
NAME OF DEBTOR

CASE NO. 26-63164

195 High Bluff Ct
ADDRESS

TELEPHONE NO. 480 219-2870

Johns Creek GA 30097
CITY, STATE, ZIP

**PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF**

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
**ANSWER: YES ☐ NO ☒**

If someone did assist you, list their name and address:

NAME

ADDRESS

CITY, STATE, ZIP CODE

TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER: YES ☐ NO ☐ IF "YES", HOW MUCH ($______)**

Have you filed a bankruptcy case in the past?
**ANSWER: YES ☐ NO ☒**

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

[signature]
PRO SE PETITIONER

Subscribed and sworn to before me on the 1 day of October, 2026

NOTARY PUBLIC

Carla Peoples
DEPUTY CLERK

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 OCT -1 P 12:01
VANIA S. ALLEN
CLERK
BY: C.P.
DEPUTY CLERK