# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia
## Atlanta Division

In Re: **Timothy Walter Boyd**

Debtor

Case No.: **26−63164−jwj**

Chapter: **7**

## Order Regarding The List Of Creditors For A Case Filed In Paper Format

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the filing of a voluntary petition shall include a "list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms". Local Rule 5005−1(j) lists the specific requirements for filing this list of creditors with this Court.

− The list of creditors filed with the Court does not comply with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure in that the list does not contain the complete name and address of each entity.

Therefore, it is ***ORDERED*** that the list of creditors must be filed or corrected no later than 10/9/26. Failure to file this list may result in dismissal of the case, and as a result of such dismissal, the stay of 11 U.S.C Section 362(a) will no longer be in effect.

Dated: October 2, 2026

Jonathan W. Jordan
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Form 313a