**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 26-63164** |
| **TIMOTHY WALTER BOYD,** | **CHAPTER 7** |
| **DEBTOR.** | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

David S. Klein of the law firm Rountree, Leitman, Klein & Geer LLC, pursuant to Fed. R. Bank. P. 9010, enters his appearance as counsel in this case on behalf of Wanda Boyd, a creditor, and requests that notices be provided at the following address:

David S. Klein
Rountree, Leitman, Klein & Geer LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238
dklein@rlkglaw.com

This 5th day of October 2026.

**ROUNTREE LEITMAN KLEIN & GEER LLC**

*/s/ David S. Klein*
David S. Klein, Georgia Bar No. 183389
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-584-1238
dklein@rlkglaw.com
*Attorney for Wanda Boyd*

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing **Notice of Appearance and Request for Notice** by filing with the Court's CM/ECF system, which will automatically generate a notice on all parties of record, and by U.S. Mail, postage prepaid, addressed as follows:

**Timothy Walter Boyd**
195 High Bluff Ct
Johns Creek, GA 30097

**Chapter 7 Trustee:**
**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305
(404) 926-0060

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437

Dated: October 5th, 2026

**ROUNTREE LEITMAN KLEIN & GEER LLC**

*/s/ David S. Klein*
David S. Klein, Georgia Bar No. 183389
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-584-1238
dklein@rlkglaw.com
*Attorney for Wanda Boyd*