FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 OCT -6 P 1:06

BY: DEPUTY CLERK

26-63164

Certificate Number: 15322-GAN-CC-041505934

15322-GAN-CC-041505934

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 30, 2026, at 2:45 o'clock PM CDT, Timothy Walter Boyd received from 1$ Wiser Consumer Education, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: September 30, 2026

By: /s/Ann Bailey

Name: Ann Bailey

Title: Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).