FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 OCT -9 P 1:05

VANIA S. ALLEN
CLERK
BY: [signature]
DEPUTY CLERK

26-63164

Amended

# LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| Robert Malmquist<br>900 Studdard Dr<br>Clanton Ala 35045 | |
| Ben Cowart<br>5805 State Bridge Rd<br>Suite 6359<br>Johns Creek GA 30097 | |
| Discover Card<br>c/o Weltman Weinberg<br>P.O Box 1715 35201<br>Birmingham Ala | |
| Mohella Federal Student Debt<br>630 Spirit Drive<br>Chesterfield Mo 63005 | |
| | |
| | |
| | |