# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

In re Timothy Boyd
Debtor(s)

Case No. 26-63164

Chapter 7

FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA
2026 OCT 13 PM 1:28
VANIA S. ALLEN CLERK
BY: [signature] DEPUTY CLERK

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS FOR INDIVIDUALS OR JOINT DEBTORS

1. In accordance with Fed. R. Bankr. P. 1006 and General Order No. 43-2020 (Bankr. N.D. GA.) I apply for permission to pay the filing fee amounting to $338.00 in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, in accordance with Local Rules.

2. I am unable to pay the filing fee except in installments.

3. I certify that I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the filing fee:

- First Installment of $78.00, with the filing of the petition.
- Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $130.00, on or before 30 days from the date the bankruptcy petition was filed.
- Final Installment of the remaining unpaid balance of the filing fee in the amount of $130.00, on or before 60 days from the date the bankruptcy petition was filed.

5. **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, in accordance with Local Rules.**

| | | | |
|---|---|---|---|
| ______________________ | | [signature] | 10/13/2026 |
| Signature of Attorney | Date | Signature of Debtor<br>(In a joint case, both Debtors must sign) | Date |
| ______________________ | | ______________________ | |
| Name of Attorney | | Signature of Joint Debtor | Date |