**IT IS ORDERED as set forth below:**

**Date: October 14, 2026**

**Jonathan W. Jordan**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| TIMOTHY WALTER BOYD, | : | CASE NO. 26-63164-JWJ |
| | : | |
| Debtor | : | |
| | : | |

**ORDER APPROVING EMPLOYMENT OF LAMBERTH, CIFELLI, ELLIS & NASON, P.A. AS COUNSEL FOR THE TRUSTEE**

On October 9, 2026, S. Gregory Hays, in his capacity as Chapter 7 Trustee ("Trustee"), filed an application to approve the employment of Lamberth, Cifelli, Ellis & Nason, P.A. ("LCEN") as counsel for Trustee (Doc. No. 17) (the "Application"). The Application and accompanying verified statement demonstrate that LCEN is a firm of attorneys qualified to practice in this Court, that LCEN is disinterested and represents no interest adverse to Debtor or the estate. As this case justifies employment of counsel for the purposes specified, it is hereby:

**ORDERED** that pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ LCEN as Trustee's counsel in this case, subject to the principles set forth in *In re McConnell*, 2021 Bankr.LEXIS 163, 2021 WL 203331 (Bankr. N. D. Ga. 2021)[1]. It is further

**ORDERED** that compensation and reimbursement of expenses to LCEN shall be paid only upon notice, hearing, and approval of the Court (under 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016) of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. In the event any written objections are filed within said period, then a hearing will be held on notice to the objecting party, LCEN, and Trustee.

**[END OF DOCUMENT]**

**Prepared and presented by:**

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Proposed Counsel for the Chapter 7 Trustee*

By: */s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com
6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 262-7373

[1] Nothing in this Order is intended (i) to approve any specific services to be rendered or to make a determination as to whether such services are compensable professional services or are non-compensable Trustee services, or (ii) to approve the hourly rates set forth in the Application. All such issues are reserved for resolution in connection with any applications for compensation filed in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016.

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 290, Atlanta, GA 30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305

Timothy Walter Boyd, 195 High Bluff Ct., Johns Creek, GA 30097