UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| TIMOTHY WALTER BOYD, | : | CASE NO. 26-63164-JWJ |
| | : | |
| Debtor | : | |
| | : | |

**REQUEST FOR HEARING PRIOR TO DISMISSAL**

COMES NOW S. Gregory Hays, in his capacity as interim Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Timothy Walter Boyd ("Debtor") and requests that the Court schedule a hearing before dismissal of the case on account of any failure of Debtor to pay filing fee installments or otherwise comply with his duties as debtor, showing as follows:

1. Debtor filed a voluntary Chapter 7 petition on October 1, 2026, one day before Debtor, as Respondent, was to appear at a trial set on the *Amended Petition for Contempt and Request for Emergency Hearing to Salvage Real Estate Closing* pending in the Fulton County Superior Court, Case No. 25CV014817, filed by Debtor's former spouse, Wanda Boyd (the "Fulton Action").

2. On October 2, 2026, the Court entered its *Order Setting Deadlines to Correct Filing Deficiencies* (the "Deficiencies Order") (Doc. No. 6), requiring Debtor to file his Schedules, Statement of Financial Affairs, Declaration About Debtor's Schedules, Summary of Assets and Liabilities, Statement of Income, and, if applicable, Means Test Calculation (the "Required Documents") on or before October 15, 2026. The Deficiencies Order further provides that Debtor's

failure to comply with the Deficiencies Order may result in dismissal without further notice or hearing, unless a request for extension is filed or Debtor or any party in interest requested a hearing.

3. On October 13, 2026, Debtor filed an *Application to Pay Filing Fee in Installments for Individual or Joint Debtors* (the "Installment Application").

4. On October 14, 2026, this Court entered its *Order Granting Application to Pay Filing Fee in Installments for Individuals or Joint Debtors* (the "Installment Order") (Doc. No. 20), approving the Installment Application and requiring Debtor to pay $78.00 on October 13, 2026, $130.00 on or before November 2, 2026, and $130.00 on or before November 30, 2026. The Installment Order further provides that Debtor's failure to comply with the Installment Order may result in dismissal without further notice or hearing, unless a request for extension is filed or Debtor or any party in interest requested a hearing.

**Relief Requested**

5. Trustee respectfully requests that the Court schedule a hearing prior to dismissal on account of any failure of Debtor to comply with the Deficiencies Order or the Installment Order.

**Basis for Relief**

6. Trustee believes there are assets to administer in this case for the benefit of Debtor's creditors.

7. Trustee further suspects that Debtor filed the case, with no intention of fully prosecuting the case, to avoid being held in contempt in the Fulton Action. Allowing the case to be dismissed through Debtor's inaction would reward what appears to be an abuse of the bankruptcy system and would operate to harm creditors.

WHEREFORE, Trustee requests that the Court schedule a hearing prior to dismissal on account of any failure of Debtor to comply with the Deficiencies Order or Installment Order.

Dated: October 14, 2026

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Attorneys for Trustee*

By: *__/s/ G. Frank Nason, IV__*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 262-7373
(404) 262-9911 (facsimile)

**Certificate of Service**

This is to certify that I have on this day electronically filed the foregoing *Request for Hearing Prior to Dismissal* (the "Request"), using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

I further certify that on this day I caused a copy of the foregoing Request to be served via United States First Class Mail, with adequate postage affixed thereto, to the following parties set forth below, at the address shown for each:

Timothy Walter Boyd
195 High Bluff Ct.
Johns Creek, GA 30097

This 14th day of October, 2026.

By: */s/ G. Frank Nason, IV*

G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Ste. 290
Atlanta, GA 30328
(404) 262-7373